IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| MARY PERKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:18-CV-664-A |
| | § | |
| ANDREW SAUL, COMMISSIONER, | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Mary Perkins is plaintiff and Andrew Saul, Commissioner of the Social Security Administration ("Commissioner"), is defendant.[1] This is an action for judicial review of Commissioner's final decision denying plaintiff's claim for a period of disability and disability insurance benefits under Title II of the Social Security Act ("SSA") and supplemental security income under Title XVI of the SSA. On June 21, 2019, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation that Commissioner's decision be affirmed. The magistrate judge granted the parties until July 5, 2019, to file

---

[1] In her complaint, plaintiff named Nancy Berryhill, Acting Commissioner of the Social Security Administration, as defendant. On June 17, 2019, Andrew Saul became the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul was thus automatically substituted for Nancy Berryhill as defendant.

and serve objections to his findings, conclusions, and recommendation, and no objections have been filed. After a review of the file, the court accepts the magistrate judge's recommendation. Therefore,

The court ORDERS that Commissioner's decision that based on plaintiff's application for a period of disability and disability insurance benefits protectively filed July 6, 2015, plaintiff is not disabled under §§ 216(i) and 223(d) of the SSA, and that based on plaintiff's application for supplemental security income protectively filed July 6, 2015, plaintiff is not disabled under § 1614(a)(3)(A) of the SSA, be, and is hereby, affirmed.

SIGNED July 9, 2019.

JOHN McBRYDE
United States District Judge